# Court of Appeals
# of the State of Georgia

ATLANTA,  April 30, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1846.  RODNEY F. WARD v. ROBERT H. BUCKLER.**

Defendant Rodney F. Ward filed this direct appeal, seeking review of the trial court's order denying his motion to strike and motion to dismiss this renewed civil action involving the development known as Clifton Ridge.  We, however, lack jurisdiction.

Because this action remains pending below, Ward was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the denial of his motion to dismiss.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).  Absent a timely certificate of immediate review, the party seeking to appeal must wait until the final judgment to do so.  See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973).  Ward's failure to follow the interlocutory appeal procedures deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/30/2019*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*